**Mitsue TAKAHASHI, Plaintiff–Appellant,**

v.

**FARMERS INSURANCE GROUP, Merced Office, Defendant–Appellee.**

**No. 10–15547.**

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Mitsue Takahashi, Livingston, CA, pro se.

Jeffrey Pierce Davis, Esquire, Dowling Aaron & Keeler, Inc., Fresno, CA, for Defendant–Appellee.

*See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Mitsue Takahashi appeals pro se from the district court's order dismissing her employment action on statute of limitations and res judicata grounds. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Manufactured Home Cmtys. Inc. v. City of San Jose,* 420 F.3d 1022, 1025 (9th Cir.2005). We affirm.

The district court properly dismissed Takahashi's claims under Title VII and the Age Discrimination in Employment Act ("ADEA") as time-barred. *See* 42 U.S.C. § 2000e–5(e)(1) (at most 300–day time limit for filing an Equal Employment Opportunity Commission ("EEOC") charge under Title VII); 29 U.S.C. § 626(d) (same for ADEA); *Santa Maria v. Pac. Bell,* 202 F.3d 1170, 1176 (9th Cir.2000) ("[F]ailure to file an EEOC charge within the prescribed 300–day period ... is treated as a violation of a statute of limitations[.]"), *overruled on other grounds by Socop–Gonzalez v. I.N.S.,* 272 F.3d 1176, 1194–96 (9th Cir.2001) (en banc). Moreover, the district court properly determined that Takahashi's Title VII and ADEA claims were also barred by res judicata. *See Kay v. City of Rancho Palos Verdes,* 504 F.3d 803, 808 (9th Cir.2007) (stating requirements for res judicata under California law).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Takahashi's remaining contentions are unpersuasive.

**AFFIRMED.**